# *United States District Court*
## *Northern District of New York*

## JUDGMENT IN A CIVIL CASE

**ANIF CHRISTOPHER WILLIAMS,**

        **Petitioner,**

        **V.**        **CASE NUMBER:**   **9:05-CV-0182**

**D.B. DREW, Warden, FCI Raybrook,**

        **Respondent.**

**[ ]**    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**[x]**    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered dismissing this action pursuant to the Order of Chief Judge Scullin, filed on April 8, 2005.

April 8, 2005                          **LAWRENCE K. BAERMAN**
DATE                                        CLERK

                                                        *Nancy A. Steves*
ENTERED ON DOCKET:              **(BY) DEPUTY CLERK**
April 8, 2005