**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

_____

**ANIF CHRISTOPHER WILLIAMS,**

                                        **Petitioner,**

                    **v.**                                                      **9:05-CV-182**
                                                                                **(FJS/DEP)**

**D. B. DREW, Warden, FCI Raybrook,**

                                        **Respondent.**

_____

**APPEARANCES**

**ANIF CHRISTOPHER WILLIAMS**
**03776-084**
FCI Ray Brook
P.O. Box 9006
Ray Brook, New York 12977
Petitioner *pro se*

**SCULLIN, Chief Judge**

### ORDER

On February 10, 2005, Petitioner Anif Christopher Williams filed a petition for habeas

corpus relief pursuant to 28 U.S.C. § 2241.  *See* Dkt. No. 1.  By Order dated April 8, 2005, this

Court dismissed that petition without prejudice.  *See* Dkt. No. 4.  Currently before the Court is

Petitioner's motion for a Certificate of Appealability ("COA").  *See* Dkt. No. 6.

As an initial matter, the Court notes that Petitioner has not filed a Notice of Appeal.

However, the Second Circuit has held that a court may construe a motion for a COA as a Notice

of Appeal.  *See Marmolejo v. United States*, 196 F.3d 377, 378 (2d Cir. 1999).  Furthermore,

Petitioner's motion clearly evidences his intent to appeal this Court's dismissal of his petition to

the Second Circuit Court of Appeals.  *See* Dkt. No. 6 at 1-2.  Therefore, the Court will construe

Petitioner's motion for a COA as a Notice of Appeal.

Nonetheless, because a federal prisoner is not required to obtain a COA to challenge the denial of a petition brought pursuant to 28 U.S.C. § 2241, *see Yu v. United States*, 183 F. Supp. 2d 657, 664 (S.D.N.Y. 2002) (citing *Murphy v. United States*, 199 F.3d 599, 601 n.2 (2d Cir. 1999) (certificate of appealability requirement does not apply to federal prisoner bringing petition pursuant to 28 U.S.C. § 2241)), the Court denies Petitioner's motion for a COA as moot.

Accordingly, for the above-stated reason, the Court hereby

**ORDERS** that Petitioner's motion for a Certificate of Appealability shall be construed as a Notice of Appeal; and the Court further

**ORDERS** that Petitioner's motion for a Certificate of Appealability is **DENIED AS MOOT**; and the Court further

**ORDERS** that the Clerk of the Court serve a copy of this Order on Petitioner by regular mail.

**IT IS SO ORDERED.**

Dated: April 22, 2005
        Syracuse, New York

_____
Frederick J. Scullin, Jr.
Chief United States District Court Judge

-2-